IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY J. COKLEY,

        **Plaintiff,**

v.                             **Case No.  4:15cv623-MW/GRJ**

SANTIAGO, et al.,

        **Defendants.**

_____/

## ORDER ACCEPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 63, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 64.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Plaintiff's Motion for Summary Judgment, ECF No. 39, is **DENIED**.   Defendants Dr. Kalem Santiago, Lurline Callaghan, and Heather Horton's Cross-Motion for Summary Judgment, ECF No. 40, is **GRANTED**.   The Clerk shall enter judgment stating, "Plaintiff's claims against

1

Defendants are dismissed with prejudice."  The Clerk shall close the file.

      **SO ORDERED on March 3, 2017.**

                        **s/Mark E. Walker**  _____
                        **United States District Judge**